IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | NO. 6:25-CR-00047-JCB-JDL |
| | § | |
| ANTHONY HENDERSON (01) | § | |

## FACTUAL BASIS

Investigation by the Department of Homeland Security (DHS), Tyler Field Office, disclosed the following facts that establish that I, the Defendant, Anthony Henderson (Henderson), violated 49 U.S.C. §§ 60123(b) (Damaging an Intrastate Gas Pipeline Facility) as alleged in Count One of the indictment. I accept the following factual basis as true and correct:

1.      On October 20, 2024, Anthony Henderson (Henderson) and Brandon Alford (Alford) entered property, in Cherokee County, Texas, that was under a lease to Peles, LLC for the operation of an intrastate oil and gas pipeline facility.

2.      The Peles, LLC oil and gas pipeline facility is an intrastate gas pipeline facility; however, crude oil, natural gas, and/or natural gas liquids produced or transported at the facility are ultimately sold in interstate commerce.

3.      Henderson and Alford entered the property with the mutual intention of stealing copper wiring from the oil and gas pipeline equipment on the property.

4.      While Alford served as a lookout, Henderson accessed a control panel on a piece of equipment that operated a component of the oil and gas pipeline facility on the

**Factual Basis Page 1 of 3**

*AH*

7-15-25

*A-H.*

*7-15-25*

site. ~~Alford~~ *Henderson* then began cutting the cooper wire in the control panel with the intent to remove it.

5.      Before Henderson could complete cutting the cooper wiring from the control panel, law enforcement officers arrived on the scene. Alford and Henderson then fled into the woods.

6.      From September 1, 2024, through October 20, 2024, Henderson stole copper wire from Peles, LLC oil and gas pipeline facilities, in the Eastern District of Texas, on approximately four occasions.   As a direct and proximate result of these thefts, Peles, LLC lost a total aggregate amount of $80, 921.   This loss is comprised of the combination of 1) cost to replace or repair damaged equipment, 2) cost of man hours dedicated to the replacement and/or repair of damaged equipment, and 3) lost revenue from the interruption of the production or transportation of crude oil, natural gas, and/or natural gas liquids.

7.      From August 13, 2024, through October 17, 2024, Henderson received a total of $3,921.87 from selling stolen copper wire.   Therefore, the criminal proceeds Henderson obtained as a result of the offense conduct, and relevant conduct, was $3,921.87, and that is the appropriate amount should the Court order forfeiture.

8.      Defendant, Anthony Henderson, acknowledges that these facts constitute a violation of 49 U.S.C. §§ 60123(b) (Damaging an Intrastate Gas Pipeline Facility)

Dated: *7-15-25*

ANTHONY HENDERSON
Defendant

**Factual Basis Page 2 of 3**

## **Defendant's Counsel's Signature and Acknowledgment:**

I have read this Factual Basis and the Plea Agreement in this matter and have reviewed them with my client Anthony Henderson. Based upon my discussions with my client, I am satisfied that he understands the terms and effects of the Factual Basis and the Plea Agreement and that he is signing this Factual Basis voluntarily.

Dated: _____7- 15 · 25_____

_____
BOBBY D. MIMS
Attorney for Defendant

**Factual Basis Page 3 of 3**